STATE OF NEW JERSEY v. WILLIAM LANCE SPEARS.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GAETANO ABRUSIO.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM H. DAVIS.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BRADLEY.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROSE MARIE CAPACCIO.

December 19, 1984.

Petition for certification denied.